## HART v. STATE.　(No. 10940.)

Court of Criminal Appeals of Texas.　June 1, 1927.

Criminal law ☞1090(1)—Record in criminal case without statement of facts or bills of exception presents nothing for review.

Nothing is presented for review by record in criminal case without statement of facts or bills of exception.

Appeal from District · Court, Delta County; Grover Sellers, Judge.

Charles Hart was convicted of the unlawful sale of intoxicating liquor, and he appeals. Affirmed.

L. L. James, of Greenville, for appellant.
Sam D. Stinson, State's Atty., and Robt. M. Lyles, Asst. State's Atty., both of Austin, for the State.

HAWKINS, J.　Conviction is for the unlawful sale of intoxicating liquor, the punishment being one year in the penitentiary.

The record is before us without statement of facts or bills of exception. In this condition nothing is presented for review.

The judgment is affirmed.